EAST BATON ROUGE PARISH    C-720747
Filed Jun 30, 2022 1:22 PM    21
Deputy Clerk of Court

 **TAYLOR
WELLONS
POLITZ & DUHE**

Missy Landry
mlandry@twpdlaw.com
4041 Essen Lane, Suite 500
Baton Rouge, LA 70809
TWPDLAW.COM

June 28, 2022

Clerk of Court
19th JDC, Parish of East Baton Rouge
Post Office Box 1991
Baton Rouge, Louisiana 70821-1991

Re:    Christopher Dwyer and Alicia Dwyer, et al vs. Sentry Select Insurance Co., et al
19th JDC, Parish of East Baton Rouge
TWPD No. 99-533

Dear Clerk:

Please find enclosed an original and one (3) copy of the Petition for Damages and Request for Notice to be filed in the above referenced matter. Please file the originals into the record and return a file-stamped copy and two certified copies of the Petition for long-arm service to our office in the enclosed, self-addressed and stamped envelope.

I have enclosed a check in the amount of $615.00 to cover the cost of filing.

Thank you for your assistance in this matter.

Sincerely,



Missy Landry, Legal Assistant to
J. David Harpole, III

:mal
Enclosures



NEW ORLEANS, LA
1555 Poydras Street | Suite 2000
New Orleans, LA 70112
504-525-9888 PH | 866-514-9888 TF
504-525-9899 FX

BATON ROUGE, LA
4041 Essen Lane | Suite 500
Baton Rouge, LA 70809
225-387-9888 PH | 877-860-1047 TF
225-387-9886 FX

JACKSON, MS
100 Webster Circle | Suite 104
Madison, MS 39110
769-300-2788 PH
769-300-2146 FX

EAST BATON ROUGE PARISH    C-720747
Filed Jun 30, 2022 1:22 PM
Deputy Clerk of Court    21

## LOUISIANA CIVIL CASE REPORTING
### Civil Case Cover Sheet - LA. R.S. 13:4688 and
### Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

Christopher Dwyer, et al          vs.    Sentry Select Insurance Company, et al

**Court:** 19th JDC                      **Docket Number:** _____

**Parish of Filing:** EBR                **Filing Date:** 6/28/2022

**Name of Lead Petitioner's Attorney:** J. David Harpole, III

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 4          **Number of named defendants:** 4

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- ☑ Auto: Personal Injury
- ☐ Auto: Wrongful Death
- ☐ Asbestos: Property Damage
- ☐ Product Liability
- ☐ Intentional Bodily Injury
- ☐ Intentional Wrongful Death
- ☐ Business Tort
- ☐ Defamation
- ☐ Environmental Tort
- ☐ Intellectual Property
- ☐ Legal Malpractice
- ☐ Other Professional Malpractice
- ☐ Maritime
- ☐ Wrongful Death
- ☐ General Negligence

- ☐ Auto: Property Damage
- ☐ Auto: Uninsured Motorist
- ☐ Asbestos: Personal Injury/Death
- ☐ Premise Liability
- ☐ Intentional Property Damage
- ☐ Unfair Business Practice
- ☐ Fraud
- ☐ Professional Negligence
- ☐ Medical Malpractice
- ☐ Toxic Tort
- ☐ Other Tort (describe below)
- ☐ Redhibition
- ☐ Class action (nature of case)

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
motor vehicle accident

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name  Missy Landry                    Signature _____

Address  4041 Essen Lane, Suite 500, Baton Rouge, Louisiana 70809

Phone number: 225-387-9888      E-mail address: mlandry@twpdlaw.com

EAST BATON ROUGE PARISH  C-720747
Filed Jun 30, 2022 1:22 PM        21
Deputy Clerk of Court

| | |
|---|---|
| CHRISTOPHER and ALICIA DWYER, Individually and on behalf of their minor Children, E.D. and L.D. | DOCKET NO. _____ |
| | 19ᵗʰ JUDICIAL DISTRICT COURT |
| VERSUS | |
| SENTRY SELECT INSURANCE COMPANY, BUCKLEY TRANSPORT, INC., AARON CLAYTON, and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | PARISH OF EAST BATON ROUGE |
| | STATE OF LOUISIANA |

CHRISTOPHER and ALICIA DWYER, Individually and on behalf of their minor Children, E.D. and L.D.

DOCKET NO. _____

19th JUDICIAL DISTRICT COURT

VERSUS

SENTRY SELECT INSURANCE COMPANY, BUCKLEY TRANSPORT, INC., AARON CLAYTON, and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

## PETITION FOR DAMAGES

NOW INTO COURT COME, through undersigned counsel, Plaintiffs, **CHRISTOPHER and ALICIA DWYER**, individually and on behalf of their minor children, **E.D.** and **L.D.**, individuals domiciled in the State of Louisiana, who hereby respectfully represent:

1.

Made Defendants herein:

a) **SENTRY SELECT INSURANCE COMPANY**, a foreign insurance company, which upon information and belief, provided a policy of automobile liability insurance coverage for the 18-wheeler owned by **BUCKLEY TRANSPORT, INC.** and operated by **AARON B. CLAYTON** at the time of the crash at issue and may be served through the Louisiana Secretary of State at 8585 Archives Ave., Baton Rouge, LA 70809;

b) **BUCKLEY TRANSPORT, INC.**, a foreign business corporation, which upon information and belief, is the owner of the 18-wheeler being operated by **AARON B. CLAYTON** at the time of the crash at issue and may be served pursuant to the Louisiana Long-Arm Statute, La. R.S. 13:3201, et seq., at 197 Airport Road, Columbia, Mississippi 39429;

c) **AARON B. CLAYTON**, an individual of full age of majority, who was operating the 18-wheeler owned by **BUCKLEY TRANSPORT, INC.** at the time of the crash at issue and based upon information and belief is domiciled and may be served pursuant to the Louisiana Long-Arm Statute, La. R.S. 13:3201, et seq. at 16 Old City Bridge Road, Perkeston, Mississippi, 39574; and

d) **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, a foreign insurance company, which upon information and belief, provided a policy of uninsured/underinsured motorists insurance coverage to plaintiffs at the time of the crash at issue and may be served through the Louisiana Secretary of State at 8585 Archives Ave., Baton Rouge, LA 70809.

2.

On or about July 24, 2021, **CHRISTOPHER DWYER** was operating a 2012 Chevrolet K1500 and was stopped, as a result of traffic, in the left lane of Interstate 10 in East Baton Rouge Parish, Louisiana, within the jurisdictional territory of this court.

3.

At the same time, **ALICIA DWYER, E.D., and L.D.** were passengers in the vehicle being operated by **CHRISTOPHER DWYER**.

4.

At approximately the same time and place, Rachel O. Lafleur was operating a 2021 Kia Sorento and was traveling east in the left lane of Interstate 10 when she noticed that the traffic in front of her was stopped. In response to the stopped traffic in front of her, Ms. Lafleur began to slow down.

5.

At approximately the same time and place, **AARON B. CLAYTON** was operating an 18-wheeler owned by **BUCKLEY TRANSPORT, INC.** and was also traveling east in the left lane of Interstate 10.

6.

Upon information and belief, **AARON B. CLAYTON** was looking in his rearview mirror at the aforementioned time. When he looked back in front of him, he realized that the traffic ahead had stopped, but it was too late for him to slow down.

7.

Suddenly, and without warning, **AARON B. CLAYTON** crashed into the back of the vehicle being operated by Rachel O. Lafleur, which caused her vehicle to crash into the rear of the vehicle occupied by **CHRISTOPHER, ALICIA, E.D., and L.D.**

8.

As a result of the above-described collision, Plaintiff, **ALICIA DWYER**, sustained severe injuries to her cervical spine, lumbar spine, thoracic spine, pelvic region, head, and other injuries which will be more fully established at trial.

9.

As a result of the above-described collision, Plaintiff, **E.D.**, sustained injuries to his head which will be more fully established at trial.

2

10.

Additionally, as a result of the collision, Plaintiffs' vehicle was extensively damaged, requiring Plaintiff, **CHRISTOPHER DWYER**, to incur losses for a rental vehicle and replacement child car seat.

11.

This crash was caused solely by the fault and negligence of Defendants, **AARON B. CLAYTON** and **BUCKLEY TRANSPORT, INC.** Such fault and negligence includes, but is not limited to the following:

a. Driving in a careless and inattentive manner in disregard for the safety of other motorists traveling on Interstate 10 in violation of LSA-R.S. 32:58;

b. Crashing into the rear of a vehicle lawfully stopped on Interstate 10 in East Baton Rouge Parish, Louisiana;

c. Failing to stop before causing the vehicle to rear-end the vehicle being operated by Ms. Lafleur, which caused her vehicle to crash into the rear of the vehicle that the plaintiffs were occupying;

d. Failing to maintain a proper lookout at all times prior to and at the moment of the collision;

e. Failure to maintain reasonable and proper control of the vehicle upon a public road;

f. Failing to see and do what reasonably should have been seen and done to avoid the collision;

g. Failure to exercise ordinary care under the existing circumstances;

h. Following too closely;

i. Failing to observe what the exercise of ordinary care would have revealed; and

j. Any and all other acts and omissions to be proven through discovery or at the trial of this matter, all of which were in contravention of the exercise of due care and procedure.

11.

As a result of the fault and negligence of Defendants, Plaintiff, **CHRISTOPHER DWYER**, is entitled to recover for his property damage, car rental expenses, collision deductible expenses, and the cost of the replacement car seat.

12.

As a result of the fault and negligence of Defendants, Plaintiffs, **CHRISTOPHER DWYER** and **L.D.**, are entitled to recover the following past, present, and future damages for the injuries sustained in the aforementioned accident:

a. Mental anguish and disability;

b. Emotional distress; and

c. Loss of consortium.

13.

As a result of the fault and negligence of Defendants, Plaintiff, **ALICIA DWYER**, is entitled to recover the following past, present, and future damages for the injuries sustained in the aforementioned accident:

a. Physical pain and suffering;

b. Physical disability and/or impairment of functions and activities;

c. Permanent physical scarring and disfigurement;

d. Mental anguish and disability;

e. Loss of enjoyment of life;

f. Emotional distress;

g. Past medical expenses;

h. Future medical expenses;

i. Past lost wages;

j. Future wage losses and/or loss of earning capacity; and

k. Loss of consortium.

4

14.

As a result of the fault and negligence of Defendants, Plaintiff, **E.D.**, is entitled to recover the following past, present, and future damages for the injuries sustained in the aforementioned accident:

a. Physical pain and suffering;

b. Physical disability and/or impairment of functions and activities;

c. Mental anguish and disability;

d. Loss of enjoyment of life;

e. Emotional distress;

f. Past medical expenses;

g. Future medical expenses; and

h. Loss of consortium.

15.

Upon information and belief, plaintiffs allege that at the time of this accident, there was in full force and effect a policy of liability insurance issued by **SENTRY SELECT INSURANCE COMPANY** covering the 18-wheeler owned by **BUCKLEY TRANSPORT, INC.** and operated by **AARON B. CLAYTON.** Thus, Defendant, **SENTRY SELECT INSURANCE COMPANY** is liable unto Plaintiffs, along with the other named Defendants, for the damages caused by this crash.

16.

Upon information and belief, at all relevant times, **STATE FARM MUTUAL INSURANCE COMPANY,** provided a policy of uninsured/underinsured motorist coverage to Plaintiffs and the vehicle involved in the crash at issue and said policy provides coverage for the type of loss sued upon herein in the event that the policy of liability insurance issued by **SENTRY SELECT INSURANCE COMPANY** is not sufficient to cover the losses suffered by Plaintiffs. Thus, Defendant, **STATE FARM MUTUAL INSURANCE COMPANY,** is liable unto Plaintiffs along with the other named Defendants.

17.

The rights of the plaintiffs arise out of the activities of **AARON B. CLAYTON** who caused injury and damage by an offense committed through an act or omission within the State of Louisiana, Parish of East Baton Rouge; therefore, this court has personal jurisdiction over the Defendants and subject matter jurisdiction over the claims asserted herein. Plaintiffs further allege that venue is proper, as the wrongful conduct and damages were sustained in East Baton Rouge Parish.

**WHEREFORE,** Plaintiffs, **CHRISTOPHER, ALICIA, E.D., and L.D.,** pray that Defendants be served with this petition, and after being duly cited to appear and answer same, and after the expiration of all legal delays and due proceedings are had, that there be a judgment rendered herein in favor of plaintiffs and against Defendants, **AARON B. CLAYTON, BUCKLEY TRANSPORT, INC., SENTRY SELECT INSURANCE COMPANY,** and **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,** individually, jointly and in solido, for all general and equitable relief, in such amounts as are reasonable under the premises and fixed and awarded at trial, together with legal interest thereon from the date of judicial demand until paid, and for all costs of court, including expert witness fees.

Respectfully Submitted,

**TAYLOR, WELLONS, POLITZ & DUHE, LLC**

BY: _____

J. David Harpole (Bar Roll No. 33174)
4041 Essen Lane, Suite 500
Baton Rouge, LA 70809
Telephone: (225) 387-9888
Fax: (225) 387-9886
dharpole@twpdlaw.com
Counsel for Plaintiffs

**PLEASE SERVE:**

**Sentry Select Insurance Company**
**Through the registered agent of service,**
**Louisiana Secretary of State**
**8585 Archives Avenue**
**Baton Rouge, Louisiana 70809**

Buckley Transport, Inc.
Via Long-Arm
197 Airport Road
Columbia, Mississippi 39574

Aaron B. Clayton
Via Long-Arm
16 Old City Bridge Road
Perkeston, Mississippi 39574

State Farm Mutual Automobile Insurance Company
Through the registered agent of service,
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

EAST BATON ROUGE PARISH
Filed Jun 30, 2022 1:22 PM
Deputy Clerk of Court

C-720747
21

| | |
|---|---|
| CHRISTOPHER and ALICIA DWYER, Individually and on behalf of their minor Children, ELI DWYER and LANDRY DWYER | DOCKET NO. _____ |
| | 19th JUDICIAL DISTRICT COURT |
| VERSUS | |
| SENTRY SELECT INSURANCE COMPANY, BUCKLEY TRANSPORT, INC., AARON CLAYTON, and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | PARISH OF EAST BATON ROUGE |
| | STATE OF LOUISIANA |

## REQUEST FOR NOTICE

In accordance with the provisions of the Louisiana Code of Civil Procedure, you are hereby requested to provide the undersigned, as counsel for Plaintiffs, request written notice, by mail, ten (10) days in advance of the date fixed for trial of this case, whether on exceptions, rules or the merits thereof. In accordance with the provisions of the Louisiana Code of Civil Procedure, you are hereby additionally requested to send undersigned counsel immediate notice of any order made or judgment rendered in this case upon the entry of such order or judgment.

Respectfully Submitted,

TAYLOR, WELLONS, POLITZ & DUHE, LLC

BY: _____

J. David Harpole (Bar Roll No. 33174)
4041 Essen Lane, Suite 500
Baton Rouge, LA 70809
Telephone: (225) 387-9888
Fax: (225) 387-9886
dharpole@twpdlaw.com
Counsel for Plaintiffs

8

**RETURN COPY**



**D9341314**

## CITATION

CHRISTOPHER DWYER, ET AL
(Plaintiff)

VS

SENTRY SELECT INSURANCE COMPANY
(Defendant)

NUMBER C-720747 "21"

19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:    SENTRY SELECT INSURANCE COMPANY
      THROUGH ITS REGISTERED AGENT
      LOUISIANA SECRETARY OF STATE

GREETINGS:

    Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

    Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

    If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JUNE 30, 2022.**



*alwis gray*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: **HARPOLE, J DAVID, III**
*The following documents are attached:

**PETITION FOR DAMAGES, REQ. FOR NOTICE**

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**    After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:$_____
MILEAGES:_____
TOTAL:  $_____

Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

I made service on the named party through the Office of the Secretary of State on

**JUL 0 6 2022**

by tendering a copy of this document to:
**JULIE NESBITT**

**DY. M. LOCKWOOD #0803**
Deputy Sheriff, Parish of East Baton Rouge, LA

EAST BATON ROUGE PARISH  **C-720747**
Filed Jul 18, 2022              **21**
Deputy Clerk of Court

# F A X

| Date: | 07/18/2022 16:02:16+00:00 GMT |
|---|---|
| **TO** | |
| Fax Number: | 12253893392 |
| Name: | |
| **FROM** | |
| Fax Number: | 12254753774 |
| Name: | Missy Landry |
| Company: | TaylorWellonsPolitzDuhe |
| Subject: | Dwyer vs. Sentry Select Ins. Co., et al |

Notes:

This Fax is Powered by 8x8, Inc.



**TAYLOR
WELLONS
POLITZ & DUHE**

Missy Landry
mlandry@twpdlaw.com
4041 Essen Lane, Suite 500
Baton Rouge, LA 70809
TWPDLAW.COM

July 18, 2022

**Via Facsimile (225) 389-3392 7 U.S. Postal Service**
Clerk of Court
19th JDC, Parish of East Baton Rouge
Post Office Box 1991
Baton Rouge, Louisiana 70821-1991

       Re:    Christopher Dwyer and Alicia Dwyer, et al vs. Sentry Select Insurance Co., et al
              19th JDC, Parish of East Baton Rouge
              TWPD No. 99-533

Dear Clerk:

       Please find enclosed an original and one (1) copy of the Affidavit of Long Arm Service to be filed in the above referenced matter. Please file the originals into the record and return a file-stamped copy to our office in the enclosed, self-addressed and stamped envelope. Please return proof of fax filing to our Baton Rouge office at 225-387-9886 together with the fax filing fee.

       The original pleadings will be forwarded with our firm check for court costs due.

       Thank you for your assistance in this matter.

                           Sincerely,

                           Missy Landry, Legal Assistant to
                           J. David Harpole, III

:mal
Enclosures

**NEW ORLEANS, LA**
1555 Poydras Street | Suite 2000
New Orleans, LA 70112
504-525-9888 PH | 866-514-9888 PF
504-525-9899 FX

**BATON ROUGE, LA**
4041 Essen Lane | Suite 500
Baton Rouge, LA 70809
225-387-9888 PH | 877-850-1047 PF
225-387-9886 FX

**JACKSON, MS**
100 Webster Circle | Suite 104
Madison, MS 39110
769-300-2988 PH
769-300-2145 FX

EAST BATON ROUGE PARISH   **C-720747**
Filed Jul 18, 2022              **21**
Deputy Clerk of Court

| | |
|---|---|
| CHRISTOPHER and ALICIA DWYER, Individually and on behalf of their minor Children, E.D. and L.D. | DOCKET NO. 720747 SECTION: 21 |
| | 19th JUDICIAL DISTRICT COURT |
| VERSUS | |
| SENTRY SELECT INSURANCE COMPANY, BUCKLEY TRANSPORT, INC., AARON CLAYTON, and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | PARISH OF EAST BATON ROUGE |
| | STATE OF LOUISIANA |

<u>AFFIDAVIT OF LONG-ARM SERVICE</u>

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned notary public, came and appeared J. David Harpole, III, a

person the full age of majority, who resides in the State of Louisiana, who, after being duly sworn,

did depose and state that:

1.      He is the attorney for Christopher and Alicia Dwyer in the matter entitled

*Christopher and Alica Dwyer, individually and on behalf of their minor children, E.D. and L.D. vs.*

*Sentry Select Insurance Company, et al* on the docket of the 19th Judicial District Court for the

Parish of East Baton Rouge, State of Louisiana; and

2.      He sent a certified copy of the Citation (see attached letter), properly addressed and

mailed with proper postage affixed, to **Aaron Clayton, 16 Old City Bridge Road, Perkeston,**

**Mississippi 39574,** by causing same to be deposited in the United States Mail on or about the 6th

day of July, 2022, and that **Aaron Clayton** did receive the Citation in this matter on the 9th day

of July, 2022 (see attached green card).

J. DAVID HARPOLE, III

SWORN TO AND SUBSCRIBED
Before me, Notary Public, this
18th day of _____, 2022.
Name: _____
Notary/Bar No.:_____

, Harpone, E...
... Public, LSBA No. 3...34
Commission Expires With Life

Jul/18/2022 11:19:42 AM    No ID->2253893392                          4/6
To: 12253893392  From: 12254753774   Date: 07/18/22  Time: 9:03 AM Page: 04/06

EAST BATON ROUGE PARISH   C-720747
Filed Jul 18, 2022          21
Deputy Clerk of Court

TAYLOR
WELLONS
POLITZ & DUHE

Missy Landry
mlandry@twpdlaw.com
4041 Essen Lane, Suite 500
Baton Rouge, LA 70809
TWPDLAW.COM

July 6, 2022

**Via Certified Mail**
**7021 0950 0000 8561 2837**
Aaron B. Clayton
16 Old City Bridge Road
Perkeston, Mississippi 39574

Re:    Christopher and Alicia Dwyer, et al vs. Sentry Select Insurance Co., et al
       19th Judicial District Court; Suit No. 720747. Section 21
       East Baton Rouge Parish; State of Louisiana
       TWPD No. 99-533

Dear Mr. Clayton:

       Pursuant to the Louisiana Long Arm Statute R.S. §§13:3210-3207, you are hereby served
with the enclosed certified copy of the Citation.

Sincerely.

Missy Landry. Legal Assistant to
J. David Harpole, III

:mal
Enclosures

NEW ORLEANS, LA            BATON ROUGE, LA            JACKSON, MS
1555 Poydras Street | Suite 2000   4041 Essen Lane - Suite 500   300 Webster Street, Suite 150
New Orleans, LA 70112      Baton Rouge, LA 70809      Madison, MS 39110
504-525-9888 PH | 866-514-9896 TF  225-767-9888 PH | 877-864-1447 TF   769-300-2520
504-525-9399 FX            225-767-9886 FX            769-300-2521 FX

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Aaron B. Clayton
16 Old City Bridge Rd.
Brookhaven, MS 39614

9590 9402 7343 2028 7788 16

2. Article Number (Transfer from service label)

7021 0950 0000 8561 2837

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Aaron B. Clayton_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Aaron B. Clayton    7/6/22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

OA-533-DA

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



Taylor, Wellons, Politz & Duhe, LLC
4041 ESSEN LANE, SUITE 500
BATON ROUGE, LA 70809

USPS TRACKING #

9590 9402 7343 2026 7788 16

United States
Postal Service

Received by TWPD
JUL 11 2022

EAST BATON ROUGE PARISH   C-720747
Filed Jul 18, 2022              21
Deputy Clerk of Court

# F A X

| Date: | 07/18/2022 16:24:05+00:00 GMT |
|---|---|
| **TO** | |
| Fax Number: | 12253893392 |
| Name: | |
| **FROM** | |
| Fax Number: | 12254753774 |
| Name: | Missy Landry |
| Company: | TaylorWellonsPolitzDuhe |
| Subject: | Dwyer vs. Sentry Select Ins. Co., et al |

Notes:

This Fax is Powered by 8x8, Inc.



TAYLOR
WELLONS
POLITZ & DUHE

Missy Landry
mlandry@twpdlaw.com
4041 Essen Lane, Suite 500
Baton Rouge, LA 70809
TWPDLAW.COM

July 18, 2022

**Via Facsimile (225) 389-3392 7 U.S. Postal Service**
Clerk of Court
19th JDC, Parish of East Baton Rouge
Post Office Box 1991
Baton Rouge, Louisiana 70821-1991

      Re:    Christopher Dwyer and Alicia Dwyer, et al vs. Sentry Select Insurance Co., et al
              19th JDC, Parish of East Baton Rouge
              TWPD No. 99-533

Dear Clerk:

Please find enclosed an original and one (1) copy of the Affidavit of Long Arm Service to be filed in the above referenced matter. Please file the originals into the record and return a file-stamped copy to our office in the enclosed, self-addressed and stamped envelope. Please return proof of fax filing to our Baton Rouge office at 225-387-9886 together with the fax filing fee.

The original pleadings will be forwarded with our firm check for court costs due.

Thank you for your assistance in this matter.

                        Sincerely,

                        Missy Landry, Legal Assistant to
                        J. David Harpole, III

:mal
Enclosures

**NEW ORLEANS, LA**
1555 Poydras Street | Suite 2000
New Orleans, LA 70112
504-525-9888 PH | 866-514-9888 TF
504-525-9899 FX

**BATON ROUGE, LA**
4041 Essen Lane | Suite 500
Baton Rouge LA 70809
225-387-9888 PH | 877-850-1047 T~
225-387-9886 FX

**JACKSON, MS**
188 Webster Circle | Suite 104
Madison MS 39110
769-300-2988 PH
769-360-2145 F~

```
EAST BATON ROUGE PARISH   C-720747
     Filed Jul 18, 2022
   Deputy Clerk of Court        21
```

| CHRISTOPHER and ALICIA DWYER, | DOCKET NO. 720747 SECTION: 21 |
|---|---|
| Individually and on behalf of their minor Children, E.D. and L.D. | 19th JUDICIAL DISTRICT COURT |
| VERSUS | |
| SENTRY SELECT INSURANCE COMPANY, | PARISH OF EAST BATON ROUGE |
| BUCKLEY TRANSPORT, INC., AARON CLAYTON, and STATE FARM MUTUAL | |
| AUTOMOBILE INSURANCE COMPANY | STATE OF LOUISIANA |

## AFFIDAVIT OF LONG-ARM SERVICE

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

**BEFORE ME,** the undersigned notary public, came and appeared J. David Harpole, III, a person the full age of majority, who resides in the State of Louisiana, who, after being duly sworn, did depose and state that:

1.      He is the attorney for Christopher and Alicia Dwyer in the matter entitled *Christopher and Alica Dwyer, individually and on behalf of their minor children, E.D. and L.D. vs. Sentry Select Insurance Company, et al* on the docket of the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana; and

2.      He sent a certified copy of the Citation (see attached letter), properly addressed and mailed with proper postage affixed, to **Buckley Transport, Inc., 197 Airport Road, Columbia, Mississippi, 39427,** by causing same to be deposited in the United States Mail on or about the 6th day of July, 2022, and that **Rhonda Green** did receive the Citation in this matter on the 12th day of July, 2022 (see attached green card).

J. DAVID HARPOLE, III

SWORN TO AND SUBSCRIBED
Before me, Notary Public, this
_____ day of _____, 2022.
Name: _____
Notary Bar No.: _____

Lacey Rispone, Esq.
Notary Public, LSBA No. 36384
Commission Expires With Life

EAST BATON ROUGE PARISH   **C-720747**
Filed Jul 18, 2022                **21**
Deputy Clerk of Court

 TAYLOR
WELLONS
POLITZ & DUHE

Missy Landry
mlandry@twpdlaw.com
4041 Essen Lane, Suite 500
Baton Rouge, LA 70809
TWPDLAW.COM

July 6, 2022

**Via Certified Mail**
**7021 0950 0000 8561 2820**
Buckley Transport, Inc.
197 Airport Road
Columbia, Mississippi 39429

Re:   Christopher and Alicia Dwyer, et al vs. Sentry Select Insurance Co., et al
19th Judicial District Court; Suit No. 720747, Section 21
East Baton Rouge Parish; State of Louisiana
TWPD No. 99-533

To Whom it May Concern:

Pursuant to the Louisiana Long Arm Statute R.S. §§13:3210-3207, you are hereby served
with the enclosed certified copy of the Citation.

Sincerely,



Missy Landry, Legal Assistant to
J. David Harpole, III

:mal
Enclosures

NEW ORLEANS, LA
1555 Poydras Street | Suite 2000
New Orleans, LA 70112
504-525-9888 PH | 866-514-9858 TF
504-525-9899 Fx

BATON ROUGE, LA
4041 Essen Lane   Suite 500
Baton Rouge LA 70809
225-387-9888 PH | 877-9850 TF
225-387-9886 Fx

JACKSON, MS
100 Webster Street   Suite 104
Madison MS 39110
769-300-2420
769-300-2145 Fx

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rhonda Weston Green
107 Jair Pitt Road
Columbia, MS 39429

9590 9402 7343 2028 7788 23

2. Article Number (Transfer from service label)

7021 0950 0000 8561 2020

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
Rhonda Green    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Rhonda Greene    7/14/22

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

02-533 PM

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING#

9590 9402 7343 2028 7788 23

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Taylor, Wellons, Politz & Duhe, LLC
4041 ESSEN LANE, SUITE 500
BATON ROUGE, LA 70809



**RETURN COPY**



**D9341322**

## CITATION

CHRISTOPHER DWYER, ET AL
(Plaintiff)

**VS**

SENTRY SELECT INSURANCE COMPANY
(Defendant)

NUMBER C-720747  "21"

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:   STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
      THROUGH ITS REGISTERED AGENT
      LOUISIANA SECRETARY OF STATE
      ,

GREETINGS:

    Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

    Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

    If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JUNE 30, 2022.**



*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: HARPOLE, J DAVID, III
*The following documents are attached:

PETITION FOR DAMAGES, REQ. FOR NOTICE

SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____, served on the above named party as follows:
PERSONAL SERVICE: On the party herein named at _____.

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT:     After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

RECEIVED
JUL 1 8 2022
E.B.R. SHERIFF'S OFFICE

_____
Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

I made service on the named party through the

Office of the Secretary of State on

**JUL 1 8 2022**

by tendering a copy of this document to:
JULIE NESBITT

BY M. LOCKWOOD #0803
Deputy Sheriff, Parish of East Baton Rouge, LA

EAST BATON ROUGE PARISH
Filed Jul 21, 2022 10:46 AM
Deputy Clerk of Court
FAX Received Jul 18, 2022

C-720747
21



**TAYLOR
WELLONS
POLITZ & DUHE**

Missy Landry
mlandry@twpdlaw.com
4041 Essen Lane, Suite 500
Baton Rouge, LA 70809
TWPDLAW.COM

July 18, 2022

**Via Facsimile (225) 389-3392 7 U.S. Postal Service**
Clerk of Court
19th JDC, Parish of East Baton Rouge
Post Office Box 1991
Baton Rouge, Louisiana 70821-1991

Re:   Christopher Dwyer and Alicia Dwyer, et al vs. Sentry Select Insurance Co., et al
19th JDC, Parish of East Baton Rouge
TWPD No. 99-533

Dear Clerk:

Please find enclosed an original and one (1) copy of the Affidavit of Long Arm Service to be filed in the above referenced matter. Please file the originals into the record and return a file-stamped copy to our office in the enclosed, self-addressed and stamped envelope. Please return proof of fax filing to our Baton Rouge office at 225-387-9886 together with the fax filing fee.

The original pleadings will be forwarded with our firm check for court costs due.

Thank you for your assistance in this matter.

Sincerely,



Missy Landry, Legal Assistant to
J. David Harpole, III

:mal
Enclosures

NEW ORLEANS, LA
1555 Poydras Street | Suite 2000
New Orleans, LA 70112
504-525-9888 PH | 866-514-9888 TF
504-525-9899 FX

BATON ROUGE, LA
4041 Essen Lane | Suite 500
Baton Rouge, LA 70809
225-387-9888 PH | 877-850-1047 TF
225-387-9886 FX

JACKSON, MS
100 Webster Circle | Suite 104
Madison, MS 39110
769-300-2988 PH
769-300-2145 FX



# Doug Welborn

Clerk of Court
19th Judicial District
Parish of East Baton Rouge

P.O. Box 1991
Baton Rouge, La 70821-1991
Telephone: (225) 389-3982
Fax: (225) 389-3392
www.ebrclerkofcourt.org

### FAX RECEIPT

FROM: SUIT ACCOUNTING DEPARTMENT                    Date: JULY 18, 2022

FAX NUMBER: (225) 389-3392                          Suit No.: C-720747

To: J DAVID HARPOLE III                             Section: 21

CHRISTOPHER DWYER, ET AL VS SENTRY SELECT INSURANCE COMPANY

Total Amount Due (Includes all applicable fees below) $54.00

| | |
|---|---|
| 901-COVER LETTER | 2 PAGES |
| 5000-AFFIDAVIT-CV | 1 PAGE |
| 5011-EXHIBIT-CV | 3 PAGES |

The Clerk's office received the above mentioned documents by facsimile transmission dated 7/18/22, document(s) in the above referenced case. In accordance with R.S. 13:850(B), within seven days, exclusive of legal holidays, the party filing the document shall forward to the clerk, the original signed document, applicable filing fees and a transmission fee. The fax transmission fee is also required of forma pauperis filings and filings by state/political subdivisions.

Applicable fees are established in accordance with law as follows:
13:850(B)(3) A transmission fee of five dollars
13:841(A)(2)(a) First page of each pleading, six dollars
13:841(A)(2)(b) Each subsequent page, four dollars
13:841(A)(2)(c) Paper-exhibits, attachments, transcripts and depositions-per page, two dollars
13:841(A)(4)(b) Issuing document without notice of service, fifteen dollars (Receipt generation fee)

**NO FURTHER ACTION WILL BE TAKEN REGARDING THIS DOCUMENT UNTIL ALL FEES ARE RECEIVED IN THIS OFFICE.**

**SERVICE/SUBPOENA REQUESTS WILL NOT BE ISSUED FROM FAX FILING. SERVICE WILL BE ISSUED AS A RESULT OF THE FILING OF THE ORIGINAL DOCUMENT(S).**

**IF MAILING ORIGINAL DOCUMENT(S), PLEASE ATTACH THIS RECEIPT TO THE DOCUMENT(S) TO BE FILED. IF FILING THE ORIGINAL DOCUMENTS IN PERSON, PLEASE NOTIFY THE FILING CLERK OF THE PREVIOUS FAX FILING.**

*Ayuauna Collins*

*Deputy Clerk of Court for*
*Doug Welborn, Clerk of Court*

Suit Accounting Dept. Form #6 Rev. 08/26/14

EAST BATON ROUGE PARISH
Filed Jul 21, 2022 10:46 AM
Deputy Clerk of Court
FAX Received Jul 18, 2022

C-720747
21

CHRISTOPHER and ALICIA DWYER,
Individually and on behalf of their minor
Children, E.D. and L.D.

DOCKET NO. 720747 SECTION: 21

19th JUDICIAL DISTRICT COURT

**VERSUS**

SENTRY SELECT INSURANCE COMPANY,
BUCKLEY TRANSPORT, INC., AARON
CLAYTON, and STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

## AFFIDAVIT OF LONG-ARM SERVICE

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned notary public, came and appeared J. David Harpole, III, a person the full age of majority, who resides in the State of Louisiana, who, after being duly sworn, did depose and state that:

1. He is the attorney for Christopher and Alicia Dwyer in the matter entitled *Christopher and Alica Dwyer, individually and on behalf of their minor children, E.D. and L.D. vs. Sentry Select Insurance Company, et al* on the docket of the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana; and

2. He sent a certified copy of the Citation (see attached letter), properly addressed and mailed with proper postage affixed, to **Aaron Clayton, 16 Old City Bridge Road, Perkeston, Mississippi 39574**, by causing same to be deposited in the United States Mail on or about the 6th day of July, 2022, and that **Aaron Clayton** did receive the Citation in this matter on the 9th day of July, 2022 (see attached green card).

J. DAVID HARPOLE, III

SWORN TO AND SUBSCRIBED
Before me, Notary Public, this
___ day of _____, 2022.
Name: _____
Notary Bar No.: _____

_____ Rispone, Esq.
____ Public, LSBA No. 3____94
Commission Expires With Life

EAST BATON ROUGE PARISH
Filed Jul 21, 2022 10:46 AM
Deputy Clerk of Court
FAX Received Jul 18, 2022

C-720747
21



**TAYLOR
WELLONS
POLITZ & DUHE**

Missy Landry
mlandry@twpdlaw.com
4041 Essen Lane, Suite 500
Baton Rouge, LA 70809
TWPDLAW.COM

July 6, 2022

**Via Certified Mail**
**7021 0950 0000 8561 2837**
Aaron B. Clayton
16 Old City Bridge Road
Perkeston, Mississippi 39574

Re:   Christopher and Alicia Dwyer, et al vs. Sentry Select Insurance Co., et al
      19th Judicial District Court; Suit No. 720747, Section 21
      East Baton Rouge Parish; State of Louisiana
      TWPD No. 99-533

Dear Mr. Clayton:

Pursuant to the Louisiana Long Arm Statute R.S. §§13:3210-3207, you are hereby served with the enclosed certified copy of the Citation.

Sincerely,

Missy Landry, Legal Assistant to
J. David Harpole, III

:mal
Enclosures

NEW ORLEANS, LA
1855 Poydras Street | Suite 2000
New Orleans, LA 70112
504-525-9888 PH | 866-514-9888 TF
504-525-9899 FX

BATON ROUGE, LA
4041 Essen Lane | Suite 500
Baton Rouge, LA 70809
225-387-9888 PH | 877-850-1047 TF
225-387-9886 FX

JACKSON, MS
100 Webster Circle | Suite 104
Madison, MS 39110
769-300-2958 PH
769-300-2145 FX

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Aaron B Clayton
16 Old City Bridge Rd.
Brookhaven, MS 36674

9590 9402 7343 2028 7788 16

2. Article Number (Transfer from service label)

7021 0950 0000 8561 2637

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Aaron B Clayton_    ☐ Agent
                        ☒ Addressee

B. Received by (Printed Name)      C. Date of Delivery

Aaron B Clayton     7/19/22

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

00-533 DM

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

Domestic Return Receipt



Received by TWP-D
JUL 11 2022

United States
Postal Service

USPS TRACKING #

9590 9402 7343 2028 7788 16

■ Sender: Please print your name, address, and ZIP+4® in this box•

Taylor, Wellons, Politz & Duhe, LLC
4041 ESSEN LANE, SUITE 500
BATON ROUGE, LA 70809

EAST BATON ROUGE PARISH
Filed Aug 04, 2022 11:21 AM
Deputy Clerk of Court

C-720747
21



**TAYLOR
WELLONS
POLITZ & DUHE**

Missy Landry
mlandry@twpdlaw.com
4041 Essen Lane, Suite 500
Baton Rouge, LA 70809
TWPDLAW.COM

July 18, 2022

<u>**Via Facsimile (225) 389-3392 7 U.S. Postal Service**</u>
Clerk of Court
19th JDC, Parish of East Baton Rouge
Post Office Box 1991
Baton Rouge, Louisiana 70821-1991

> Re:   Christopher Dwyer and Alicia Dwyer, et al vs. Sentry Select Insurance Co., et al
>       19th JDC, Parish of East Baton Rouge
>       TWPD No. 99-533

Dear Clerk:

Please find enclosed an original and one (1) copy of the Affidavit of Long Arm Service to be filed in the above referenced matter. Please file the originals into the record and return a file-stamped copy to our office in the enclosed, self-addressed and stamped envelope. Please return proof of fax filing to our Baton Rouge office at 225-387-9886 together with the fax filing fee.

The original pleadings will be forwarded with our firm check for court costs due.

Thank you for your assistance in this matter.

Sincerely,



Missy Landry, Legal Assistant to
J. David Harpole, III

:mal
Enclosures

NEW ORLEANS, LA
1555 Poydras Street | Suite 2000
New Orleans, LA 70112
504-525-9888 PH | 866-514-9888 TF
504-525-9899 FX

BATON ROUGE, LA
4041 Essen Lane | Suite 500
Baton Rouge, LA 70809
225-387-9888 PH | 877-850-1047 TF
225-387-9886 FX

JACKSON, MS
100 Webster Circle | Suite 104
Madison, MS 39110
769-300-2988 PH
769-300-2148 FX

From:    To: 12254753774  From: +12253893925  Date: 07/19/22  Time: 6:43 AM  Page: 01
07/19/2022 08:41    #878 P.001/001

# Doug Welborn
Clerk of Court
19th Judicial District
Parish of East Baton Rouge

P.O. Box 1991
Baton Rouge, La 70821-1991
Telephone: (225) 389-3982
Fax: (225) 389-3392
www.ebrclerkofcourt.org

### FAX RECEIPT

**FROM: SUIT ACCOUNTING DEPARTMENT**                    Date: JULY 18, 2022

**FAX NUMBER: (225) 389-3392**                    Suit No.: C-720747

**To: J DAVID HARPOLE III**                    Section: 21

**CHRISTOPHER DWYER, ET AL VS SENTRY SELECT INSURANCE COMPANY**

Total Amount Due (includes all applicable fees below) $54.00

| | |
|---|---|
| 901-COVER LETTER | 2 PAGES |
| 5000-AFFIDAVIT-CV | 1 PAGE |
| 5011-EXHIBIT-CV | 3 PAGES |

The Clerk's office received the above mentioned documents by facsimile transmission dated 7/18/22, document(s) in the above referenced case. In accordance with R.S. 13:850(B), within seven days, exclusive of legal holidays, the party filing the document shall forward to the clerk, the original signed document, applicable filing fees and a transmission fee. The fax transmission fee is also required of forma pauperis filings and filings by state/political subdivisions.

Applicable fees are established in accordance with law as follows:
13:850(B)(3) A transmission fee of five dollars
13:841(A)(2)(a) First page of each pleading, six dollars
13:841(A)(2)(b) Each subsequent page, four dollars
13:841(A)(2)(c) Paper-exhibits, attachments, transcripts and depositions-per page, two dollars
13:841(A)(4)(b) Issuing document without notice of service, fifteen dollars (Receipt generation fee)

**NO FURTHER ACTION WILL BE TAKEN REGARDING THIS DOCUMENT UNTIL ALL FEES ARE RECEIVED IN THIS OFFICE.**

**SERVICE/SUBPOENA REQUESTS WILL NOT BE ISSUED FROM FAX FILING. SERVICE WILL BE ISSUED AS A RESULT OF THE FILING OF THE ORIGINAL DOCUMENT(S).**

**IF MAILING ORIGINAL DOCUMENT(S), PLEASE ATTACH THIS RECEIPT TO THE DOCUMENT(S) TO BE FILED. IF FILING THE ORIGINAL DOCUMENTS IN PERSON, PLEASE NOTIFY THE FILING CLERK OF THE PREVIOUS FAX FILING.**

*Ayauna Collins*

*Deputy Clerk of Court for*
*Doug Welborn, Clerk of Court*

Suit Accounting Dept. Form #6 Rev. 08/26/14

EAST BATON ROUGE PARISH
Filed Aug 04, 2022 11:21 AM
Deputy Clerk of Court
C-720747
21

CHRISTOPHER and ALICIA DWYER,
Individually and on behalf of their minor
Children, E.D. and L.D.

DOCKET NO. 720747 SECTION: 21

19th JUDICIAL DISTRICT COURT

**VERSUS**

SENTRY SELECT INSURANCE COMPANY,
BUCKLEY TRANSPORT, INC., AARON
CLAYTON, and STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

## AFFIDAVIT OF LONG-ARM SERVICE

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

**BEFORE ME,** the undersigned notary public, came and appeared J. David Harpole, III, a

person the full age of majority, who resides in the State of Louisiana, who, after being duly sworn,

did depose and state that:

1.     He is the attorney for Christopher and Alicia Dwyer in the matter entitled

*Christopher and Alica Dwyer, individually and on behalf of their minor children, E.D. and L.D. vs.*

*Sentry Select Insurance Company, et al* on the docket of the 19th Judicial District Court for the

Parish of East Baton Rouge, State of Louisiana; and

2.     He sent a certified copy of the Citation (see attached letter), properly addressed and

mailed with proper postage affixed, to **Buckley Transport, Inc., 197 Airport Road, Columbia,**

**Mississippi, 39427,** by causing same to be deposited in the United States Mail on or about the 6th

day of July, 2022, and that **Rhonda Green** did receive the Citation in this matter on the 12th day

of July, 2022 (see attached green card).

J. DAVID HARPOLE, III

SWORN TO AND SUBSCRIBED
Before me, Notary Public, this
_____ day of _____, 2022.
Name: _____
Notary Bar No.: _____

Lacey Rispone, Esq.
Notary Public, LSBA No. 38394
Commission Expires With Life

EAST BATON ROUGE PARISH
Filed Aug 04, 2022 11:21 AM
Deputy Clerk of Court

C-720747
21

 **TAYLOR WELLONS POLITZ & DUHE**

Missy Landry
mlandry@twpdlaw.com
4041 Essen Lane, Suite 500
Baton Rouge, LA 70809
TWPDLAW.COM

July 6, 2022

<u>**Via Certified Mail**</u>
<u>**7021 0950 0000 8561 2820**</u>
Buckley Transport, Inc.
197 Airport Road
Columbia, Mississippi 39429

Re:    Christopher and Alicia Dwyer, et al vs. Sentry Select Insurance Co., et al
19th Judicial District Court; Suit No. 720747, Section 21
East Baton Rouge Parish; State of Louisiana
TWPD No. 99-533

To Whom it May Concern:

Pursuant to the Louisiana Long Arm Statute R.S. §§13:3210-3207, you are hereby served with the enclosed certified copy of the Citation.

Sincerely,

Missy Landry, Legal Assistant to
J. David Harpole, III

:mal
Enclosures

**NEW ORLEANS, LA**
1555 Poydras Street | Suite 2000
New Orleans, LA 70112
504-525-9888 PH | 866-514-9888 TF
504-525-9899 FX

**BATON ROUGE, LA**
4041 Essen Lane | Suite 500
Baton Rouge, LA 70809
225-387-9888 PH | 877-850-1047 TF
225-387-9886 FX

**JACKSON, MS**
100 Webster Circle | Suite 104
Madison, MS 39110
769-300-2998 PH
769-300-2145 FX

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Buckley Transport, Inc.
197 Jay Pit Road
Columbia, Mississippi 34??

9590 9402 7343 2028 7788 23

2. Article Number (Transfer from service label)

7021 0950 0000 8561 2820

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Rhonda Greene
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Rhonda Greene
C. Date of Delivery
4/19/22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MI-533 MH

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING #

9590 9402 7343 2028 7766 23

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

*Taylor, Wellons, Politz & Duhe, LLC*
4041 ESSEN LANE, SUITE 500
BATON ROUGE, LA 70809

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10